

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

ICR/JEA/PAS
F. #2020R00508

January 5, 2021

<u>By ECF, Email and USAfx</u>

Amanda David, Esq., and Samuel Jacobson, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Street, 16th Floor
Brooklyn, New York 11201

      Re:    United States v. Samantha Shader
             <u>Criminal Docket No. 20-202 (DLI)</u>

Dear Defense Counsel:

      Enclosed please find the government's fifth discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This supplements the disclosure of Rule 16 discovery produced to the defendant on July 15, 2020, July 24, 2020, August 27, 2020 and October 28, 2020. The government also reiterates its prior request for reciprocal discovery from the defendant.

I.     <u>The Government's Discovery</u>

      A.  Document's and Tangible Objects

| Samantha Shader Advice of Rights Forms | SHADER_000922-SHADER_000923 |
| --- | --- |
| Threat Intake Correspondence | SHADER_000924 |
| Jeffrey Butler Correspondence | SHADER_000925-SHADER_000927 |
| FBI 302s | SHADER_000928-SHADER_000994 |
| Notes and Photos Associated with FBI 302s | SHADER_000995-SHADER_001097 |
| CART 1A94 Attachments | SHADER_001098-SHADER_001100 |
| Other Activity FBI 302s | SHADER_001101-SHADER_001119 |
| ESU Report ES7ESD2194944 | SHADER_001120-SHADER_001122 |

B. Defendant's Criminal History

| | |
|---|---|
| Crime Scene Photos pertaining to SHADER_00756_00772 | SHADER_001123-SHADER_001161 |

C. Search Warrant Applications, Affidavits and Photos

| | |
|---|---|
| A copy of a warrant application, warrant and an affidavit in support of a warrant to search Darian Shader's iPhone, signed June 4, 2020 | SHADER_001162-SHADER_001191 |
| A copy of a warrant application, warrant and an affidavit in support of a warrant for Timothy Amerman's DNA, signed on July 1, 2020 | SHADER_001192-SHADER_001206 |
| A copy of a warrant application, warrant and an affidavit in support of a warrant to search Darian Shader's black Fiat 500 Gucci, signed on June 4, 2020 | SHADER_001207-SHADER_001237 |
| A copy of a warrant application, warrant and an affidavit in support of a warrant to search the premises located at 15 Underwood Street, Saugerties, New York 12477, signed on July 1, 2020 | SHADER_001238-SHADER_001286 |
| Photos obtained pursuant to a premises search warrant at 15 Underwood Street, Saugerties, New York 12477 | SHADER_001287-SHADER_001475 |
| A copy of a warrant application, warrant and an affidavit in support of a warrant to search the off-white 2005 citation fifth wheel series M-31-5PBS travel trailer located at 42°03'51.5" 74°03'48.3"W in Saugerties, New York, signed on June 1, 2020 | SHADER_001476-SHADER_001519 |

D. Subpoena Returns, Third Party Documents and Facebook Posts

| | |
|---|---|
| Subpoenas and Third Party Documents | SHADER_001520-SHADER_001766 |
| Facebook Posts | SHADER_001767-SHADER_001816 |

E. Videos

| Surveillance Video of 115 Eastern Parkway | SHADER_001817 |
| Surveillance Video of 198 Flatbush Avenue | SHADER_001818 |
| Surveillance Video of 271 Flatbush Avenue | SHADER_001819 |
| Surveillance Video of 293 Flatbush Avenue | SHADER_001820 |

F. NYPD Records

| NYPD Arson and Explosion Case | SHADER_001821-SHADER_001837 |
| NYPD Crime Scene Unit Case | SHADER_001838-SHADER_001949 |
| NYPD Latent Print Case | SHADER_001950-SHADER_001958 |
| NYPD Real Time Crime Case | SHADER_001959-SHADER_001978 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact the undersigned attorneys.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By: /s/
Ian C. Richardson
Jonathan E. Algor
Phil Selden
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (DLI) (by ECF) (without enclosures)