# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 12, 2021

<u>By ECF and Electronic Mail</u>
The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Samantha Shader</u>, 20-CR-202 (DLI)

Dear Judge Irizarry:

      Pursuant to the Court's March 10, 2021 scheduling order, the parties are providing a status report to the Court in advance of the status conference scheduled for May 19, 2021 at 12:00 p.m.

      Ms. Shader is charged in a seven-count indictment with use of explosives, in violation of 18 U.S.C. § 844(f)(1), arson, in violation of 18 U.S.C. § 844(i), using an explosive to commit a felony, in violation of 18 U.S.C. § 844(h)(1), arson conspiracy, in violation of 18 U.S.C. § 844(n), use of a destructive device, in violation of 18 U.S.C. § 924(c)(1)(B)(ii), civil disorder, in violation of 18 U.S.C. § 231(a)(3) and possessing and making a destructive device, in violation of 26 U.S.C. §§ 5861(d) and 5861(f).

      On July 17, 2020, the Court held a status conference and Ms. Shader was arraigned on the pending indictment. That same day, the Court issued a written order granting in part and denying in part the defense motion to inspect grand jury records. On July 23, 2020 and July 28, 2020, the Clerk of the Court provided the grand jury records to the defense and the government. On July 24, 2020, the government provided Ms. Shader with its second Rule 16 discovery production. On August 27, 2020, the government provided Ms. Shader with its third Rule 16 discovery production. On October 28, 2020, the government provided Ms. Shader with its fourth Rule 16 discovery production, which included numerous additional NYPD video files taken from multiple locations. On January 5, 2021, the government provided counsel for Ms. Shader with its fifth Rule 16 production, which included substantial additional materials including surveillance video files, law enforcement records, and forensic reports.

      In the last report provided to the Court on March 8, 2021 the parties represented that the defense was continuing to review the voluminous discovery in this case and was in the process of providing information to the government that would inform possible plea discussions. Earlier

today, the defense provided the government with a more than 50 page submission containing that information, in support of a disposition short of trial. The government will need time to review it as well as discuss the submission and proposed resolution with defense counsel. For these reasons, the parties request an adjournment of the May 19 status conference and request an additional status conference in approximately 45 days. The parties are available on June 28 or the morning of June 30 if those dates are amenable to the Court.

Finally, the parties request that the Court exclude time under the Speedy Trial Act. Specifically, the parties request that the Court find that the ends of justice are served by ordering the requested continuance as this continuance outweighs the best interests of the public and Ms. Shader's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). In particular, the need for Ms. Shader to continue to review the voluminous discovery provided to date and discuss that discovery with counsel, and so that the defense can engage in negotiations with the government.

Thank you for your consideration of this letter.

Respectfully Submitted,

/s/
Amanda David
Samuel Jacobson
Assistant Federal Defenders
(718) 407-7429

cc: all counsel of record (via ECF)
Clerk of the Court (via ECF)