**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 19, 2022

By ECF and Electronic Mail
The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Samantha Shader, 20-CR-202 (DLI)

Dear Judge Irizarry:

I write on behalf of the parties to provide a status update pursuant to the Court's April 5, 2022 order. The parties have reached a disposition whereby Ms. Shader will plead guilty to one count of arson, in violation of 18 U.S.C. § 844(i), pursuant to a written plea agreement. The parties are prepared to go forward with the plea hearing on April 25, 2022 at 10:00 a.m. in lieu of the status conference presently scheduled for that date.

Thank you for your consideration of this letter.

Respectfully Submitted,

/s/
Samuel Jacobson
Leticia Olivera
Assistant Federal Defenders
(718) 330-1253

cc: all counsel of record (via ECF)
Clerk of the Court (via ECF)