U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

ICR/JEA
F. # 2020R00514

August 3, 2022

By E-mail

Steven S. Guttman
United States Probation Officer
Eastern District of New York
One Pierrepont Plaza
Brooklyn, New York 11201

        Re:    United States v. Samantha Shader
                 Criminal Docket No. 20-202 (DLI)

Dear Probation Officer Guttman:

        The government has no objections to the Presentence Investigation Report in the above-captioned case, dated July 20, 2022.

        Very truly yours,

        BREON PEACE
        United States Attorney

By:    /s/ Jonathan E. Algor
        Ian C. Richardson
        Jonathan E. Algor
        Assistant U.S. Attorneys
        (718) 254-6248

cc:    The Honorable Dora L. Irizarry (by Hand)
       Samuel L. Jacobson & Leticia M. Olivera, Esqs. (by E-mail)