**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 24, 2022

By ECF and Electronic Mail
The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Samantha Shader, 20-CR-202 (DLI)

Dear Judge Irizarry:

We write to respectfully request that Samantha Shader's sentencing memorandum, dated October 24, 2022, be filed under seal. Enclosed for the Court's review is a proposed redacted version of the sentencing memorandum for filing on the public docket. The proposed redactions include references to HIPAA-protected and sensitive information, including Ms. Shader's medical history, mental health issues, substance use issues, and history of abuse. We would further request sealing of Exhibits A and B, which are evaluations prepared by clinical psychologists.

The defense is sensitive to the public's right of access to information regarding judicial proceedings and the imperative that sealing orders should be "narrowly tailored." *Lugosch v. Pyramid Co.*, 435 F.3d 110, 119–20 (2d Cir. 2006). However, sealing is warranted here because Ms. Shader's sentencing memorandum and certain exhibits contain information that is "traditionally considered private rather than public" and has no public ramifications. *See United States v. Amodeo*, 71 F.3d 1044, 1049–51 (2d Cir. 1995) (ruling that information may be sealed where its value to the public is outweighed by the privacy interests of the party seeking the sealing order).

Thank you for your consideration of this letter.

Respectfully Submitted,

/s/

Samuel I. Jacobson
Amanda David
Leticia M. Olivera
Assistant Federal Defenders

(718) 407-7429

cc:    all counsel of record (by ECF)
U.S. Probation (by Email)

Case 1:20-cr-00202-DLI    Document 56    Filed 10/24/22    Page 2 of 2 PageID #: 10075

2